STATE OF MISSOURI, Respondent, v. D. S. WATTS AND HENRY SEARCY, Appellants

St. Louis Court of Appeals, February 18, 1890.

Case determined on the authority of *State v. Searcy, ante*, p. 393.

*Appeal from the Criminal Court of Greene County.*
HON. W. D. HUBBARD, Judge.

AFFIRMED.

The State v. Hutton.

BIGGS, J., delivered the opinion of the court.

The appeal in this case must be determined by our decision in *State v. Henry Searcy*, case number 4548 (reported at page 392 of this volume). The record discloses the same state of facts in both cases. For the reasons stated in our opinion in the case referred to, the judgment of the circuit court will be affirmed. All the judges concur.